UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :

FRIO ENERGY PARTNERS, LLC,                :

                         Plaintiff,                        :
                                                      :      22-cv-9766 (LJL)
            -v-                              :
                                                      :        <u>ORDER</u>

FINANCE TECHNOLOGY LEVERAGE, LLC, :

                         Defendant.                    :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant Finance Technology Leverage LLC ("Defendant" or "FTL") requests an order placing a temporary stay on the proceedings and vacating all trial and pretrial dates in this matter.  Dkt. No. 53.  The request is granted in part and denied in part.

      All discovery deadlines are extended.  Expert Disclosures and Reports are due December 4, 2023.  Rebuttal Expert Disclosures and Rebuttal Reports are due December 22, 2023.  Close of Expert Discovery will be January 8, 2024.  Parties are still to submit the joint pretrial order, motions in limine, requests to charge, and proposed voir dire by March 22, 2024.  Oppositions to motions in limine and objections to proposed voir dire and requests to charge are due by March 29, 2024.  The final pretrial conference remains scheduled for April 10, 2024 at 3:00PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Liman.  The jury trial remains scheduled for April 15, 2024 at 9:00AM in Courtroom 15C.

2

The Clerk of Court is respectfully directed to close Dkt. No. 53.

SO ORDERED.

Dated: September 28, 2023
      New York, New York

                                             LEWIS J. LIMAN
                                   United States District Judge