UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FRIO ENERGY PARTNERS, LLC, :
:
                Plaintiff, :
: 22-cv-9766 (LJL)
   -v- :
: ORDER
:
FINANCE TECHNOLOGY LEVERAGE, LLC, :
:
                Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of a communication from an individual acting on behalf of Defendant Finance Technology Leverage, LLC, who is not authorized to represent the corporate Defendant in this action. The communication requests an adjournment of the telephone conference scheduled for February 16, 2024, and additional time for Defendant to retain counsel. The conference will proceed as scheduled, at which time the Court will decide whether additional time will granted, and if so how much time, for Defendant to retain counsel.

       SO ORDERED.

Dated: February 15, 2024
       New York, New York                             _____
                                                         LEWIS J. LIMAN
                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/15/2024