```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
FRIO ENERGY PARTNERS, LLC,                                           :
                                                                     :
                            Plaintiff,                               :
                                                                     :         22-cv-9766 (LJL)
            -v-                                                      :
                                                                     :             ORDER
FINANCE TECHNOLOGY LEVERAGE, LLC,                                    :
                                                                     :
                            Defendant.                               :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a conference on February 16, 2024, at which counsel for Plaintiff and counsel for Defendant, who had been retained for the purpose of the conference but had not yet filed a notice of appearance in this case, both appeared. This Order memorializes the Court's holdings at that conference. Counsel for Defendant is directed to file a notice of appearance by February 23, 2024. The Court will hold a telephonic post-discovery status conference on March 22, 2024 at 3:00 PM. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: February 16, 2024
       New York, New York                           _____
                                                         LEWIS J. LIMAN
                                                         United States District Judge