```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FRIO ENERGY PARTNERS, LLC,                              :
:
                Plaintiff,                         :
:     22-cv-9766 (LJL)
    -v-                                                       :
:     <u>ORDER</u>
FINANCE TECHNOLOGY LEVERAGE, LLC,       :
:
                Defendant.                        :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It has come to the Court's attention that Plaintiff failed to attach several of the deposition excerpts to which it cites in its memorandum of law in opposition to Defendant's motion for summary judgement and its response to Defendant's Local Rule 56.1 Statement. *E.g.*, Dkt. No. 88 at 5; Dkt. No. 90 ¶¶ 9–10. In addition, many deposition excerpts omit the question that prompted the cited answer.

      Plaintiff is ordered to file a corrected declaration in support of Plaintiff's opposition to Defendant's motion for summary judgement no later than September 26, 2024. The corrected declaration shall attach as exhibits the relevant testimony and documents to which Plaintiff's memorandum of law, Dkt. No. 88, and response to Defendant's Local Rule 56.1 Statement, Dkt. No. 90, cite. The exhibits shall retain the original identifying letters submitted in connection with the current declaration. Dkt. No. 89. Each cited deposition excerpt shall include both the relevant questions and answers.

      SO ORDERED.

Dated: September 23, 2024
       New York, New York
                                                                  LEWIS J. LIMAN
                                                                   United States District Judge