```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FRIO ENERGY PARTNERS, LLC,                                         :
                                                                   :
                       Plaintiff,                                  :
                                                                   :           22-cv-9766 (LJL)
        -v-                                                        :
                                                                   :               ORDER
FINANCE TECHNOLOGY LEVERAGE, LLC,                                  :
                                                                   :
                       Defendant.                                  :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024

LEWIS J. LIMAN, United States District Judge:

The Court held a conference on October 23, 2024. For the reasons stated at that conference, all pending trial deadlines are adjourned.

The Court will hold a telephonic status conference on November 12, 2024 at 12:00 PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

A jury trial is scheduled for January 27, 2025 at 9:00 AM in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C. A joint pretrial order is due by January 17, 2025. A final pretrial conference is scheduled for January 23, 2025 at 3:00 PM in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

SO ORDERED.

Dated: October 23, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge